1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WENDY RE BRODY (3),
KARRY LOUISE MCALEVEY (4)

Defendants.

Criminal Case No.: 14CR2059-W

**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS COUNT 4 OF THE INDICTMENT WITH PREJUDICE**

Upon the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court having fully considered the motion and good cause being shown,

IT IS HEREBY ORDERED that the Government's motion to dismiss is granted and Count 4 of the Indictment in the above-captioned case is hereby dismissed with prejudice.

DATED:  April 16, 2020.

HONORABLE RUBEN B. BROOKS
United States Magistrate Judge